IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

|  |  |
|---|---|
| Helen Marie Rizzo | ) CASE NO.: 19-01303 <br> ) CHAPTER 13 <br> ) <br> ) <br> ) <br> ) |
| Debtor(s) | ) |

OBJECTION TO OLIVIA AUSTIN AND MICHELLE DINATALE'S
MOTION TO AUTHORIZE RELEASE OF FUNDS

Comes now the Debtor, Helen Marie Rizzo, by her undersigned counsel and responds to Olivia Austin and Michelle Dinatale's Motion to Authorize Release of Funds. As grounds for her response to the Objection to the Plan of reorganization, Debtor alleges as follows:

On July 29, 2019 this Court issued an Order modifying the Automatic Stay under limited conditions. Most importantly, this Court granted relief "to allow the state court to conduct a bench trial within a six-month period… to determine the rights of the parties to the disputed funds…"

Despite this Court's order, a bench-trial was not conducted nor were the rights of the parties to the disputed funds determined by a bench-trial. Rather, a default judgment was drafted by Movant's counsel, subsequently issued by the Court, and a Notice of Appeal of that Order has been filed.

WHEREFORE, Debtor respectfully requests that Movant's Motion to Authorize the Release of Funds be denied and that the Stay continue to be modified as to allow the appeals process to be completed.

/s/ Michael Matthews
Michael Matthews
Federal Court ID 10012
2015 Boundary Street Ste 319
Beaufort, SC  29902
(843) 379-0702

September 1, 2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

|  |  |
|---|---|
| Helen Marie Rizzo | ) CASE NO.: 19-01303 |
|  | ) CHAPTER 13 |
|  | ) |
|  | ) CERTIFICATE OF MAILING |
|  | ) |
| Debtor(s) | ) |

I, the undersigned legal assistant of the law office of Michael Matthews, Attorney at Law, attorneys for the debtor(s), do hereby certify that I have mailed a copy of the Debtor's Objection to Olivia Austin and Michelle Dinatale's Motion to Authorize Release of Funds in the above matter, postage prepaid to each of the parties listed below in said action, this 1st day of September, 2020.

F. Truett Nettles, II
District Court ID 2520
Finkel Law Firm, LLC
Post Office Box 41489
Charleston, SC 29423
843-577-5460

And

Magalie A. Creech
District Court ID 10871
Finkle Law Firm, LLC
Post Office Box 41489
Charleston, SC 24923
843-577-5460

Trustee: James M. Wyman, via cm/ecf

/s/ Jenny Durham
Jenny Durham