**950BNC**

**United States Bankruptcy Court**
**District of South Carolina**

Case Number:  19–01303–jw                                    Chapter:  13

**In re:**

Helen Marie Rizzo
aka Helen Rizzo

| Entered By The Court  9/4/20 | ORDER | Filed By The Court  9/4/20  Laura A. Austin  Clerk of Court  US Bankruptcy Court |
|---|---|---|

Based upon the findings and conclusions stated at the hearing held on September 3, 2020, the Motion to Authorize Release of Funds filed by Olivia Austin and Michele Dinatale as Co–Executors for the Estate of Albert Robert Scansaroli on August 12, 2020 is denied. AND IT IS SO ORDERED. Signed by: Judge John E. Waites, US Bankruptcy Court – District of South Carolina (related document(s)92).

*/s/ John E. Waites*

United States Bankruptcy Judge